

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00417-CV

IN RE: THE COMMITMENT OF JAMES LAWRENCE BROWNING

§  On Appeal from the 271st District Court

§  of Wise County (CV21-03-136)

§  November 10, 2022

§  Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
       Justice Dana Womack